No. — — ——.   EWING v. MAPLES ET AL.   Motion to direct the Clerk to file petition for writ of certiorari out of time, denied. JUSTICE BLACKMUN dissents and would grant the motion.

No. A–259.   FAZZINI v. GLUCH ET AL.   Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE BLACKMUN dissents and would grant the motion.

No. A–389.   ROSSI v. YMCA OF GREATER NEW YORK.   Application for stay, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–452.   PACIFIC MUTUAL LIFE INSURANCE CO. v. HASLIP ET AL.   Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, granted, and it is ordered that execution and enforcement of the judgment of the Supreme Court of Alabama, case No. 87–482, is stayed pending the timely filing and disposition of a petition for writ of certiorari.   In the event the petition for writ of certiorari is denied, this order terminates automatically.   Should the petition for writ of certiorari be granted, this order is to remain in effect pending the issuance of the mandate of this Court.   This order is further conditioned upon the supersedeas bond presently posted with the Clerk of the Circuit Court of Jefferson County, Alabama, Civil Action No. CV–82–2453, remaining in effect.

No. D–824.   IN RE DISBARMENT OF HOPP.   Kenneth H. Hopp, of Yucaipa, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on November 6, 1989 [ante, p. 950], is hereby discharged.

No. 74, Orig.   GEORGIA v. SOUTH CAROLINA.   Motion of Georgia for leave to file a rebuttal brief granted.   [For earlier order herein, see, e. g., ante, p. 961.]

No. 88–1323.   SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. EVERHART ET AL.   C. A. 10th Cir.   [Certiorari granted, 490 U. S. 1080.]   Motion of respondents to substitute Doris Everhart as party respondent in place of Thomas Everhart, deceased, granted.